UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES,<br><br>    Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY,<br><br>    Defendant. | No. 2:18-cv-0966-MCE-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On May 9, 2019, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A. ECF No. 18. The court dismissed the complaint for failure to state a claim and as duplicative, explained the deficiencies therein, and granted plaintiff thirty days in which to file an amended complaint to cure the deficiencies. The order warned plaintiff that failure to file an amended complaint could result in the dismissal of this action. The time for acting passed and plaintiff failed to file an amended complaint or otherwise respond to the court's order. Therefore, on June 25, 2019, the court issued findings and recommendations to dismiss this action. ECF No. 22.

Now pending before the court are plaintiff's motion to amend and objections to the findings and recommendations. ECF Nos. 23 & 24. Plaintiff states that he is disorganized following a change in address and multiple brain surgeries. *Id.* Good cause appearing, the court

1

will hold the findings and recommendations in abeyance for another thirty days to allow plaintiff an additional opportunity to file an amended complaint in accordance with the May 9, 2019 screening order.

Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days to file an amended complaint in accordance with the May 9, 2019 screening order. The Clerk of the Court shall terminate plaintiff's motion to amend at ECF No. 24 and send to plaintiff a courtesy copy of the complaint (ECF No. 1) and the screening order (ECF No. 18). Should plaintiff fail to comply with this order, the findings and recommendations will be submitted to the district judge for consideration.

DATED: July 17, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE